1  JAMES W. RUSHFORD, ESQ.
   State Bar No. 88739
2  RUSHFORD & BONOTTO, LLP
   2277 Fair Oaks Blvd., Suite 495
3  Sacramento, California 95825
   Telephone: (916) 565-0590
4  Facsimile:  (916) 565-0599
   Email: jrushford@rushfordbonotto.com
5

6  Attorneys for Plaintiff,
   AC HOUSTON LUMBER COMPANY EMPLOYEE HEALTH PLAN
7

8              UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11 AC HOUSTON LUMBER COMPANY      ) Case No.: 2:08-CV-02374-JAM-
   EMPLOYEE HEALTH PLAN,          ) GGH
                                  )
12         Plaintiff,              )
                                  ) STIPULATION FOR DISMISSAL
13    vs.                          )
                                  )
14 WILLIAM L. BERG, BERG INJURY   )
   LAWYERS, MARK FREED, and ABC   )
15 CORPORATION,                   )
                                  )
16         Defendants.             )

17      IT IS HEREBY STIPULATED by and between the parties to this action

18 that the above-captioned action be and hereby is dismissed with prejudice

19 as to MARK FREED only.

20 Dated: _____         PLAINTIFF,

21                                By: /s/ James W. Rushford
                                   RUSHFORD & BONOTTO, LLP
22                                 Attorneys for Plaintiff,
                                   AC HOUSTON LUMBER
23                                 COMPANY   EMPLOYEE
                                   HEALTH PLAN
24

25

26

27 Dated: _____         By: /s/ Mark Freed
                                   DEFENDANT
28                                 MARK FREED

                        1
                STIPULATION FOR DISMISSAL

PDF created with pdfFactory trial version www.pdffactory.com

1  THE PARTIES HAVING STIPULATED: the above matter is ordered
2 dismissed as to <u>Mark Freed</u> only with prejudice; all parties to bear their
3 own costs and attorneys fees.
4
5 Dated: June 4, 2009          /s/ John A. Mendez_____
6                               UNITED STATES DISTRICT JUDGE

2

STIPULATION FOR DISMISSAL

PDF created with pdfFactory trial version www.pdffactory.com