1  WILLIAM L. BERG, ESQ., SBN 92095
   ROBERT A. DALBY, ESQ., SBN 130823
2  LAW OFFICES OF WILLIAM L. BERG & ASSOCIATES
   2440 Santa Clara Avenue
3  Alameda, California 94501
   TELEPHONE: (510) 523-3200
4  FACSIMILE: (510) 523-8851

5  Attorney For Defendants
   WILLIAM L. BERG and BERG INJURY LAWYERS
6

7

8

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AC HOUSTON LUMBER COMPANY EMPLOYEE HEALTH PLAN,<br><br>           Plaintiff,<br><br>vs.<br><br>WILLIAM L. BERG, BERG INJURY LAWYERS, MARK FREED, and ABC CORPORATION,<br><br>           Defendants.<br>_____/ | Case No. 2:08-CV-02374-JAM-GGH<br><br>DEFENDANTS' REQUEST THAT COURT TAKE JUDICIAL NOTICE<br><br>Date:       December 9, 2009<br>Time:       9:00 a.m.<br>Courtroom:  6<br>Judge:      John A. Mendez |

Defendants WILLIAM L. BERG and BERG INJURY LAWYERS respectfully request that the Court take judicial notice of their "Motion For Summary Judgment" and supporting documents, filed in the instant case, and set for hearing on December 9, 2009 at 9:00 a.m. in Courtroom 6; and consider said Motion and supporting documents as also fully incorporated and set forth in Defendants' Opposition to Plaintiff's "Motion For Summary Judgment," now set for hearing on the

/////
/////
/////
/////

---
DEFENDANTS' REQUEST FOR JUDICIAL NOTICE

1  same date, at the same time and place.

4  DATED: November 16, 2009        / S /    William L. Berg
                                            WILLIAM L. BERG, ESQ., SBN 92095
                                            Attorney For Defendants
                                            WILLIAM L. BERG and BERG INJURY
                                            LAWYERS
                                            2440 Santa Clara Avenue, Alameda, CA  94501
                                            (510) 523-3200
                                            wberg@berginjurylawyers.com