WILLIAM L. BERG, ESQ., SBN 92095
ROBERT A. DALBY, ESQ., SBN 130823
LAW OFFICES OF WILLIAM L. BERG & ASSOCIATES
2440 Santa Clara Avenue
Alameda, California 94501
TELEPHONE: (510) 523-3200
FACSIMILE: (510) 523-8851

Attorney For Defendants
WILLIAM L. BERG and BERG INJURY LAWYERS

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

AC HOUSTON LUMBER COMPANY EMPLOYEE HEALTH PLAN,

Plaintiff,

vs.

WILLIAM L. BERG, BERG INJURY LAWYERS, MARK FREED, and ABC CORPORATION,

Defendants.
_______________________________/

Case No. 2:08-CV-02374-JAM-GGH

DECLARATION OF ELEANOR TAYCO IN OPPOSITION TO MOTION FOR SUMMARY JUDGMENT

Date: December 9, 2009
Time: 9:00 a.m.
Courtroom: 6
Judge: John A. Mendez

I, Eleanor Tayco, do hereby declare:

1. I have personal knowledge of each matter stated herein for the following reasons: I am the bookkeeper at BERG INJURY LAWYERS, and custodian of records for the law firm's payroll records, trust account, and general account. I maintain all bank and payroll records in the normal course of our business, and I am very familiar with all of those records. The following statements are made on my own personal knowledge.

2. In the personal injury case of our client, MARK FREED, BERG INJURY LAWYERS received a settlement draft in the amount of $100,000.00 from Allstate Insurance on our about April 18, 2008. A copy of that draft is attached hereto as Exhibit "A." Upon receipt of that draft by BERG INJURY LAWYERS, I deposited it into the law firms' attorney trust account.

Of this $100,000.00, the money was disbursed in the following manner: on or about April 23, 2008, a check in the amount of $29,232.51 was issued, payable to MARK FREED. This check was mailed to Mr. FREED on that date. A copy of that check is attached hereto as Exhibit "B." On or about April 24, 2008, the sum of $33,621.71 (representing an attorney fee of $33,333.33, and cost costs of $288.38) was transferred to BERG INJURY LAWYERS. The remainder of the settlement proceeds (a check for $37,145.78) was mailed to MARK FREED on November 5, 2008. A copy of the front and back of the latter check, number 18418, in the amount of $37,145.78, is attached hereto as Exhibit "C." (Per a notation stamped on the back of the check, this check was apparently signed over by Mr. FREED to Plaintiff's counsel, the Law Offices of Rushford & Bonotto.) Consequently, all of Mr. FREED's settlement proceeds were fully disbursed by BERG INJURY LAWYERS by November 5, 2008.

I declare under penalty or perjury under the laws of the United States and the State of California that the foregoing is true and correct, and as to those matters stated on information and belief, I believe them to be true. Executed at Alameda, California on October 26, 2009.

DATED: October 26, 2009 /S/ Eleanor Tayco

ELEANOR TAYCO

# EXHIBIT "A"

INSURED: ANAHIT DARMOYAN
CLAIMANT: MARC FREED
IN PAYMENT OF CLAIM ARISING FROM BODILY INJURY CAUSED BY ACCIDENT ON 07/29/07

| POLICY NUMBER | | CLAIM NUMBER |
|---|---|---|
| 924161755 | | 4540571124 |
| TAX ID | DESK LOC | EMPLOYEE ID |
| *****7973 | RNA | DL40 |

Bank of America NA, Atlanta, Dekalb Cty, Georgia — Bank of America Customer Connection

64-1278
611

PAY: ONE HUNDRED THOUSAND DOLLARS AND ZERO CENTS 100,000.00

**Allstate**®

| INVOICE NUMBER | MCO | DATE ISSUED |
|---|---|---|
| | 4540 | 04/17/2008 |

140411508

TO THE ORDER OF
MARC FREED AND HIS ATTORNEYS BERG INJURY LAWYERS
2289 CERVANTES DR
RANCHO CORDOVA CA 95670-4125

| COMPANY NAME |
|---|
| ALLSTATE INDEMNITY COMPANY |

Joan M. Crockett
Samuel H. Pilch
AUTHORIZED SIGNATURES

SECURITY FEATURES INCLUDED, SEE DETAILS ON BACK

*VOID IF NOT PRESENTED WITHIN THREE HUNDRED, SIXTY-FIVE DAYS OF DATE OF ISSUE*

⑈140411508⑈ ⑆061112788⑆ 329 911 9562⑈

THE ORIGINAL DOCUMENT HAS REFLECTIVE WATERMARK ON THE BACK — DO NOT CASH IF WATERMARK IS NOT VISIBLE

# EXHIBIT "B"



BERG INJURY LAWYERS
TRUST ACCOUNT
2440 SANTA CLARA AVE PH: 510-523-3200
ALAMEDA, CA 94501

BANK OF ALAMEDA
90-4266/1211

16701

4/23/2008

PAY TO THE ORDER OF Mr. Mark Freed $ **29,232.51

Twenty-Nine Thousand Two Hundred Thirty-Two and 51/100****************************************************** DOLLARS

Mr. Mark Freed
2289 Cervantes Drive
Rancho Cordova, CA 95670

MEMO Full & final settlement

AUTHORIZED SIGNATURE

⑈016701⑈ ⑆121142669⑆ 02505055⑈

16701

Mr. Mark Freed 4/23/2008

Full & final settlement 29,232.51

Trust Acct 02504389/50 Full & final settlement 29,232.51

# EXHIBIT "C"

11/25/2008 - #18418 - $37,145.78

*122000166*
11/25/2008
6625579542

This is a LEGAL COPY of your check. You can use it the same way you would use the original check.

[121000358] 11/25/2008
0060330443

BERG INJURY LAWYERS
TRUST ACCOUNT
3440 SANTA CLARA AVE. PH. 510-523-3303
ALAMEDA, CA 94501

BANK OF ALAMEDA
ALAMEDA, CA

18418

11/5/2008

PAY TO THE ORDER OF Mr. Mark Freed $37,145.78

Thirty-Seven Thousand One Hundred Forty-Five and 78/100 DOLLARS

Mr. Mark Freed
2289 Cervantes Drive
Rancho Cordova, CA 95670

MEMO Full & final settlement

AUTHORIZED SIGNATURE

⑈018418⑈ ⑆121142669⑆ 0250505⑈ ⑈0003714578⑈

⑈018418⑈ ⑆121142669⑆ 02505055⑈ ⑈0003714578⑈

11/25/2008 - #18418 - $37,145.78

121000358 11/25/2008
0060330443
*122000166* 11/25/2008
6220097039
*122000166* 11/25/2008
6625579542

PAY TO THE ORDER OF
CITIBANK
FOR DEPOSIT ONLY
LAW OFFICES OF
RUSHFORD & BONOTTO

0860330443

10035527575 10 11252008

↓Do not endorse or write below this line.↓