WILLIAM L. BERG, ESQ., SBN 92095
ROBERT A. DALBY, ESQ., SBN 130823
LAW OFFICES OF WILLIAM L. BERG & ASSOCIATES
2440 Santa Clara Avenue
Alameda, California 94501
TELEPHONE: (510) 523-3200
FACSIMILE: (510) 523-8851

Attorney For Defendants
WILLIAM L. BERG and BERG INJURY LAWYERS

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AC HOUSTON LUMBER COMPANY EMPLOYEE HEALTH PLAN,<br><br>Plaintiff,<br><br>vs.<br><br>WILLIAM L. BERG, BERG INJURY LAWYERS, MARK FREED, and ABC CORPORATION,<br><br>Defendants. | Case No. 2:08-CV-02374-JAM-GGH<br><br>DECLARATION OF GERRI KEMA IN OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT<br><br>Date:       December 9, 2009<br>Time:       9:00 a.m.<br>Courtroom:  6<br>Judge:      John A. Mendez |

I, Gerri Kema, do hereby declare:

1. I have personal knowledge of each matter stated herein for the following reasons: I am a Case Manager at BERG INJURY LAWYERS. I was the primary staff member responsible for negotiating and settling Mark Freed's personal injury claim; as well as dealing with unpaid medical balances and claims for reimbursement. The following statements are made on my own personal knowledge.

2. Mr. FREED retained BERG INJURY LAWYERS to represent him in connection with a motor vehicle accident that occurred on July 29, 2007. In that accident, Mr. FREED was struck by an automobile while riding his motorcycle. He sustained a fractured leg (which had to be surgically

DECLARATION OF GERRI KEMA

1

2  repaired through the placement of a metal plate and screws), as well as bruises and contusions. His
3  total medical expenses were approximately $70,237.37. Some of his medical expenses were paid by
4  his employer health plan (which is the Plaintiff in this case).

5      3. The insurance carrier for the party responsible for the accident (Allstate) formally offered
6  to settle Mr. FREED's claim for the policy limits of $100,000.00. I received this offer on April 9,
7  2008. The following day, April 10, 2008, I telephoned Deanne Klinger, a representative of The
8  Loomis Company, the Plan Administrator of Mr. FREED's health plan. The purpose of my call was
9  (1) to determine if the health-plan was an ERISA plan; and (2) to request an itemized ledger of
10 payments made by the health plan. <u>Ms. Klinger told me that Mr. FREED's health plan was not an
11 ERISA plan.</u> (This information was extremely important to my supervisor, Cathy Froncek, and me,
12 because if ERISA was not involved, then state law would control the reimbursement issue----and the
13 health plan could not demand more than 1/3 of the gross settlement in reimbursement.) My telephone
14 call was made to Ms. Klinger at 1:17 p.m. (Pacific Time). *See* page 37, item 1045 of telephone log
15 from the Sacramento Office of BERG INJURY LAWYERS, attached hereto as Exhibit "A."
16 (Unrelated telephone numbers have been redacted, to protect the privacy of those called.) Five
17 minutes later, at 1:22 p.m., I sent an interoffice e-mail to Ms. Froncek, confirming my conversation
18 with Ms. Klinger, and advising her that I had been told that <u>the health plan was not an ERISA plan.</u>
19 In reliance on the statement made to me, Ms. Froncek and I determined that we would hold the sum
20 of $33,333.33 (or 1/3 of the total settlement) in our trust account; pay the agreed-upon attorney fee
21 and costs to ourselves; and release the balance to MARK FREED. (We were also holding about
22 $3,812.45, which we had received from Mr. FREED's motor vehicle insurance carrier to pay medical
23 expenses.)

24      4. On or about April 22, 2008, the settlement draft in the amount of $100,000.00 was received
25 in the Alameda Office of BERG INJURY LAWYERS. In reliance on the statement made to me by
26 Ms. Klinger, my supervisor and I followed the plan summarized above, *i.e.*, we paid the Law Firm
27 the attorney fee and costs ($33,621.71), sent Mr. FREED a check in the amount of $29,232.51, and
28 held $33,333.33 in our trust account. I subsequently made efforts (both with Ms. Klinger at Loomis,

DECLARATION OF GERRI KEMA       -2-

and with a gentleman named "Nathan" at Ingenix, a collection agency apparently hired by Loomis) to negotiate a reimbursement agreement. I was repeatedly told by Nathan that Loomis continued to demand payment of one hundred percent of what it had purportedly paid out, which was $73,011.84. (My assistant, Kris Keith, later reviewed the itemized list of payments, and determined that the health plan had, in fact, actually paid out $53,667.83. After this fact was brought to the attention of Plaintiff's counsel, he grudgingly reduced his demand to that sum.)

5. I am informed and believe that my supervisor, Cathy Froncek; and later, Attorney Robert Dalby; had ongoing conversations and correspondence with Plaintiff's counsel in this matter before the lawsuit was filed, attempting to work out a good faith resolution of this dispute. I was also informed by Mr. Dalby and Ms. Froncek that Plaintiff's counsel continued to demand payment of $53,667.83, and would not consider accepting a lesser sum. Ultimately, Mr. Dalby informed me that the law firm had elected to release all of the money that we were holding in trust to Mr. FREED, so as to give him the most flexibility, and the maximum number of choices as to how he wished to proceed regarding the health plan's demands for payment.

I declare under penalty or perjury under the law of the United States and the State of California that the foregoing is true and correct, and as to those matters stated on information and belief, I believe them to be true. Executed at Sacramento, California on November 16, 2009.

/ S /   Gerri Kema
GERRI KEMA

DECLARATION OF GERRI KEMA                                                                                                         - 3 -

# EXHIBIT "A"

Corporate ID: 221863
Invoice BAN: 808487452
BAN: 847706596
Statement Date: 05/04/2008

**Calls for 916-979-7107**
**Switched Outbound Voice**

**Domestic**

|      | Date   | Time    | Place and Number Called |         | Type   | Rate | Min:Sec | Amount |
|------|--------|---------|-------------------------|---------|--------|------|---------|--------|
| 1032. | APR 09 | 9:16am  | UNION CITY   | CA              | Direct | Day  | 00:34   | 0.02   |
| 1033. | APR 09 | 10:36am | GRVY MAIN    | CA              | Direct | Day  | 02:05   | 0.07   |
| 1034. | APR 09 | 10:49am | VALLEJO      | CA              | Direct | Day  | 00:40   | 0.02   |
| 1035. | APR 09 | 10:54am | VALLEJO      | CA              | Direct | Day  | 00:20   | 0.01   |
| 1036. | APR 09 | 11:04am | VALLEJO      | CA              | Direct | Day  | 01:24   | 0.05   |
| 1037. | APR 09 | 11:40am | HAYWARD      | CA              | Direct | Day  | 05:29   | 0.19   |
| 1038. | APR 09 | 1:30pm  | MODESTO      | CA              | Direct | Day  | 02:18   | 0.08   |
| 1039. | APR 09 | 2:17pm  | MARYSVILLE   | CA              | Direct | Day  | 01:16   | 0.04   |
| 1040. | APR 09 | 2:33pm  | MODESTO      | CA              | Direct | Day  | 04:59   | 0.17   |
| 1041. | APR 10 | 9:20am  | ST HELENA    | CA              | Direct | Day  | 00:18   | 0.01   |
| 1042. | APR 10 | 11:56am | ALAMEDA      | CA              | Direct | Day  | 02:21   | 0.08   |
| 1043. | APR 10 | 12:06pm | CHICO        | CA              | Direct | Day  | 00:41   | 0.02   |
| 1044. | APR 10 | 12:18pm | LIVERMORE    | CA              | Direct | Day  | 00:42   | 0.02   |
| 1045. | APR 10 | 1:17pm  | READING      | PA 610-374-4040 | Direct | Day  | 03:26   | 0.10   |
| 1046. | APR 10 | 1:33pm  | HAYWARD      | CA              | Direct | Day  | 03:36   | 0.13   |
| 1047. | APR 10 | 4:04pm  | ALAMEDA      | CA              | Direct | Day  | 02:04   | 0.07   |
| 1048. | APR 10 | 4:26pm  | YREKA        | CA              | Direct | Day  | 00:18   | 0.01   |
| 1049. | APR 10 | 5:47pm  | RIPON        | CA              | Direct | Day  | 03:06   | 0.11   |
| 1050. | APR 11 | 8:43am  | VAN NUYS     | CA              | Direct | Day  | 01:24   | 0.05   |
| 1051. | APR 11 | 9:34am  | ALAMEDA      | CA              | Direct | Day  | 00:51   | 0.03   |
| 1052. | APR 11 | 9:41am  | ALAMEDA      | CA              | Direct | Day  | 10:12   | 0.36   |
| 1053. | APR 11 | 10:33am | MODESTO      | CA              | Direct | Day  | 01:06   | 0.04   |
| 1054. | APR 11 | 11:36am | STOCKTON     | CA              | Direct | Day  | 03:10   | 0.11   |
| 1055. | APR 11 | 12:43pm | VACAVILLE    | CA              | Direct | Day  | 00:47   | 0.03   |
| 1056. | APR 11 | 1:05pm  | SANTA ROSA   | CA              | Direct | Day  | 00:40   | 0.02   |
| 1057. | APR 11 | 1:23pm  | ALAMEDA      | CA              | Direct | Day  | 01:19   | 0.05   |
| 1058. | APR 11 | 2:39pm  | ALAMEDA      | CA              | Direct | Day  | 01:44   | 0.06   |
| 1059. | APR 11 | 2:57pm  | ALAMEDA      | CA              | Direct | Day  | 20:15   | 0.71   |
| 1060. | APR 11 | 3:23pm  | MODESTO      | CA              | Direct | Day  | 00:18   | 0.01   |
| 1061. | APR 11 | 3:25pm  | MODESTO      | CA              | Direct | Day  | 06:00   | 0.21   |