WILLIAM L. BERG, ESQ., SBN 92095
ROBERT A. DALBY, ESQ., SBN 130823
LAW OFFICES OF WILLIAM L. BERG & ASSOCIATES
2440 Santa Clara Avenue
Alameda, California 94501
TELEPHONE: (510) 523-3200
FACSIMILE: (510) 523-8851

Attorney For Defendants
WILLIAM L. BERG and BERG INJURY LAWYERS

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AC HOUSTON LUMBER COMPANY EMPLOYEE HEALTH PLAN, <br><br> Plaintiff, <br><br> vs. <br><br> WILLIAM L. BERG, BERG INJURY LAWYERS, MARK FREED, and ABC CORPORATION, <br><br> Defendants. | Case No. 2:08-CV-02374-JAM-GGH <br><br> DECLARATION OF WILLIAM L. BERG IN OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT <br><br> Date: December 9, 2009 <br> Time: 9:00 a.m. <br> Courtroom: 6 <br> Judge: John A. Mendez |

I, William L. Berg, do hereby declare:

1. I am the owner and principal of the law firm of BERG INJURY LAWYERS. The following is offered on my personal knowledge.

2. I personally am not, and never have been, a fiduciary of the Plaintiff herein, the AC HOUSTON LUMBER COMPANY EMPLOYEE HEALTH PLAN. My law firm, BERG INJURY LAWYERS, also is not, and never has been, a fiduciary of the Plaintiff.

3. Neither I, nor any member of my law firm, signed the health plan reimbursement agreement executed by MARK FREED for The Loomis Company on September 24, 2007. At no time did I personally contract to reimburse The Loomis Company or the Plaintiff herein out of the settlement funds that BERG INJURY LAWYERS received on behalf of MARK FREED. To the best of my

DECLARATION OF WILLIAM L. BERG

1  knowledge, no employee or agent of BERG INJURY LAWYERS ever contracted to reimburse The
2  Loomis Company or the Plaintiff herein out of the settlement funds that the law firm received on
3  behalf of MARK FREED.
4      I declare under penalty or perjury under the law of the United States and the State of
5  California that the foregoing is true and correct, and as to those matters stated on information and
6  belief, I believe them to be true. Executed at Alameda, California on November 19, 2009.

/S/ WILLIAM L. BERG
WILLIAM L. BERG, ESQ., SBN 92095
Attorney For Defendants
WILLIAM L. BERG and BERG INJURY LAWYERS
2440 Santa Clara Avenue, Alameda, CA 94501
(510) 523-3200
rdalby@berginjurylawyers.com

DECLARATION OF WILLIAM L. BERG      - 2 -