```
WILLIAM L. BERG, ESQ., SBN 92095
ROBERT A. DALBY, ESQ., SBN 130823
LAW OFFICES OF WILLIAM L. BERG & ASSOCIATES
2440 Santa Clara Avenue
Alameda, California 94501
TELEPHONE: (510) 523-3200
FACSIMILE: (510) 523-8851

Attorney For Defendants
WILLIAM L. BERG and BERG INJURY LAWYERS
```

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AC HOUSTON LUMBER COMPANY EMPLOYEE HEALTH PLAN,<br><br>   Plaintiff,<br><br>vs.<br><br>WILLIAM L. BERG, BERG INJURY LAWYERS, MARK FREED, and ABC CORPORATION,<br><br>   Defendants. | Case No. 2:08-CV-02374-JAM-GGH<br><br>DECLARATION OF ELEANOR TAYCO IN OPPOSITION TO MOTION FOR SUMMARY JUDGMENT<br><br>Date: December 9, 2009<br>Time: 9:00 a.m.<br>Courtroom: 6<br>Judge: John A. Mendez |

I, Eleanor Tayco, do hereby declare:

1. I have personal knowledge of each matter stated herein for the following reasons: I am the bookkeeper at BERG INJURY LAWYERS, and custodian of records for the law firm's payroll records, trust account, and general account. I maintain all bank and payroll records in the normal course of our business, and I am very familiar with all of those records. The following statements are made on my own personal knowledge.

2. In the personal injury case of our client, MARK FREED, BERG INJURY LAWYERS received a settlement draft in the amount of $100,000.00 from Allstate Insurance on our about April 18, 2008. A copy of that draft is attached hereto as Exhibit "A." Upon receipt of that draft by BERG INJURY LAWYERS, I deposited it into the law firms' attorney trust account.

Of this $100,000.00, the money was disbursed in the following manner: on or about April 23, 2008, a check in the amount of $29,232.51 was issued, payable to MARK FREED. This check was mailed to Mr. FREED on that date. A copy of that check is attached hereto as Exhibit "B." On or about April 24, 2008, the sum of $33,621.71 (representing an attorney fee of $33,333.33, and cost costs of $288.38) was transferred to BERG INJURY LAWYERS. The remainder of the settlement proceeds (a check for $37,145.78) was mailed to MARK FREED on November 5, 2008. A copy of the front and back of the latter check, number 18418, in the amount of $37,145.78, is attached hereto as Exhibit "C." (Per a notation stamped on the back of the check, this check was apparently signed over by Mr. FREED to Plaintiff's counsel, the Law Offices of Rushford & Bonotto.) Consequently, all of Mr. FREED's settlement proceeds were fully disbursed by BERG INJURY LAWYERS by November 5, 2008.

I declare under penalty or perjury under the laws of the United States and the State of California that the foregoing is true and correct, and as to those matters stated on information and belief, I believe them to be true. Executed at Alameda, California on October 26, 2009.

DATED: October 26, 2009      / S /   <u>Eleanor Tayco</u>
                                      ELEANOR TAYCO

# EXHIBIT "A"

**Allstate**

INSURED: ANAHIT DARMOYAN
CLAIMANT: MARC FREED
IN PAYMENT OF CLAIM ARISING FROM BODILY INJURY CAUSED BY
ACCIDENT ON 07/29/07

PAY: ONE HUNDRED THOUSAND DOLLARS AND ZERO CENTS

TO THE     MARC FREED AND HIS ATTORNEYS BERG INJURY
ORDER      LAWYERS
OF         2289 CERVANTES DR
           RANCHO CORDOVA CA 95670-4125

$100,000.00

| POLICY NUMBER | CLAIM NUMBER |
|---|---|
| 924161755 | 4540571124 |

TAX ID: *****7973        DESK LOG: EMPLOYEE ID
RNA                      PL46

Bank of America, N.A.
Atlanta, Dekalb Cty Georgia

Bank of America
Customer Connection

| COMPANY NAME | INVOICE NUMBER | | DATE ISSUED |
|---|---|---|---|
| ALLSTATE INDEMNITY COMPANY | 4540 | MCO | 04/17/2008 |

14041 1508
64-1278
611

*Joan M Crockett*
*James H. Pitt*
AUTHORIZED SIGNATURES

VOID IF NOT PRESENTED WITHIN THREE HUNDRED, SIXTY-FIVE DAYS OF DATE OF ISSUE

⑆14041150⑆ ⑈061112788⑈ 329 911 956 2⑈

THE ORIGINAL DOCUMENT HAS REFLECTIVE WATERMARK ON THE BACK      DO NOT CASH IF WATERMARK IS NOT VISIBLE

SECURITY FEATURES
INCLUDED.
SEE DETAILS ON BACK

# EXHIBIT "B"



```
                                                                          16701
         BERG INJURY LAWYERS                    BANK OF ALAMEDA
           TRUST ACCOUNT                          90-4260/1211
      2440 SANTA CLARA AVE PH 510-523-3200
           ALAMEDA, CA 94501                                         4/23/2008

PAY TO THE   Mr. Mark Freed                                      $ **29,232.51
ORDER OF

 **Twenty Nine Thousand Two Hundred Thirty-Two and 51/100************************  DOLLARS

     Mr. Mark Freed
     2289 Cervantes Drive
     Rancho Cordova, CA 95670

MEMO  Full & final settlement                              AUTHORIZED SIGNATURE

      ⑈016701⑈ ⑆121142669⑆ 02505055⑈
```

|  |  |  |
|---|---|---|
|  |  | 16701 |
| Mr. Mark Freed | 4/23/2008 |  |
|  | Full & final settlement | 29,232.51 |

Trust Acct 02504389/50   Full & final settlement                      29,232.51

# EXHIBIT "C"

11/25/2008 — #18418 — $37,145.78

11/25/2008 — #18418 — $37,145.78

BERG INJURY LAWYERS
TRUST ACCOUNT
3440 SANTA CLARA AVE., TEL 510-982-5300
ALAMEDA, CA 94501

18418

11/5/2008

PAY TO THE ORDER OF: Mr. Mark Freul    $ 37,145.78

Thirty Seven Thousand One Hundred Forty-Five and 78/100 DOLLARS

BANK OF ALAMEDA
2199 SOUTH SHORE CENTER
ALAMEDA, CA 94501
99-988/1211

Mr. Mark Freul
2299 Cervantes Drive
Rancho Cordova, CA 95670

MEMO: Full & final settlement

PAY TO THE ORDER OF
CITIBANK
FOR DEPOSIT ONLY
LAW OFFICES OF
RUSHFORD & BONOTTO
03118002B