## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**AC HOUSTON LUMBER COMPANY
EMPLOYEE HEALTH PLAN,**

CASE NO: **2:08−CV−02374−JAM−GGH**

v.

**WILLIAM L BERG, ET AL.,**

__XX__ −− **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER OF 1/13/2010

**Victoria C. Minor**
Clerk of Court

ENTERED: **January 13, 2010**

by: /s/ R. Matson
Deputy Clerk