WILLIAM L. BERG, ESQ., SBN 92095
ROBERT A. DALBY, ESQ., SBN 130823
LAW OFFICES OF WILLIAM L. BERG & ASSOCIATES
2440 Santa Clara Avenue
Alameda, California 94501
TELEPHONE: (510) 523-3200
FACSIMILE: (510) 523-8851

Attorney For Defendants
BERG INJURY LAWYERS and WILLIAM L. BERG

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AC HOUSTON LUMBER COMPANY EMPLOYEE HEALTH PLAN, <br><br> Plaintiff, <br><br> vs. <br><br> BERG INJURY LAWYERS, WILLIAM L. BERG, MARK FREED, and ABC CORPORATION, <br><br> Defendants. | Case No. 2:08-CV-02374-JAM-GGH <br><br> DEFENDANTS' NOTICE OF APPEAL |

TO PLAINTIFF AND ITS ATTORNEY OF RECORD:

Notice is hereby given that BERG INJURY LAWYERS and WILLIAM L. BERG, Defendants in the above named case, hereby appeal to the United States Court of Appeals for the Ninth Circuit, from the final judgment entered in this action on the thirteenth day of January, 2010.

DATED: January 15, 2010

/ S / Robert A. Dalby
ROBERT A. DALBY, ESQ., SBN 130823
Attorney For Defendants
BERG INJURY LAWYERS and
WILLIAM L. BERG
2440 Santa Clara Avenue, Alameda, CA 94501
(510) 523-3200
rdalby@berginjurylawyers.com

NOTICE OF APPEAL