WILLIAM L. BERG, ESQ., SBN 92095
ROBERT A. DALBY, ESQ., SBN 130823
LAW OFFICES OF WILLIAM L. BERG & ASSOCIATES
2440 Santa Clara Avenue
Alameda, California 94501
TELEPHONE: (510) 523-3200
FACSIMILE: (510) 523-8851

Attorney For Defendants
BERG INJURY LAWYERS and WILLIAM L. BERG

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AC HOUSTON LUMBER COMPANY EMPLOYEE HEALTH PLAN,<br><br>　　Plaintiff,<br><br>vs.<br><br>BERG INJURY LAWYERS, WILLIAM L. BERG, MARK FREED, and ABC CORPORATION,<br><br>　　Defendants.<br>_____/ | Case No. 2:08-CV-02374-JAM-GGH<br><br>ORDER ENTERING JUDGMENT AND DISCHARGING SUPERSEDEAS BOND |

　　GOOD CAUSE APPEARING, and pursuant to the Mandate entered and filed by The United States Court of Appeals For The Ninth Circuit on February 22, 2011, and the stipulation of the parties, judgment in this action is hereby entered in favor of Defendants BERG INJURY LAWYERS and WILLIAM L. BERG. It is further ordered that the supersedeas bond posted herein by Defendants shall be, and is, discharged, and the Clerk of the Court is hereby directed to release the funds to said Defendants forthwith.

DATED: 4/18/2011　　　　　　　　　　　　　　　/s/ John A. Mendez
　　　　　　　　　　　　　　　　　　　　　　　　The Honorable John A. Mendez
　　　　　　　　　　　　　　　　　　　　　　　　United States District Court Judge

ORDER ENTERING JUDGMENT